UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CLAUDE BROWN,<br><br>      Plaintiff,<br><br> vs.<br><br>KING COUNTY,<br><br>      Defendant. | No.<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. 1441 (c)**<br>**(FEDERAL QUESTION)** |

PLEASE TAKE NOTICE that Defendant King County ("Defendant") hereby removes to this Court the action described below:

1. **Original Complaint.**

On July 25, 2016, an action was filed in the Superior Court of the State of Washington for King County. It was entitled: *Claude Brown v. King County*, No. 16-2-17555-4 SEA. A copy of the original Complaint in this action is attached as Exhibit A.

2. **Nature of Action.** In this action, Plaintiff seeks damages from Defendant arising out of 42 U.S.C. §1981. The complaint appears to raise alleged violations of discrimination in violation of 42 U.S.C. §1981 and alleges violation of federal law. The allegations in Plaintiff's Complaint related to alleged violations of the United States Code raise a federal question.

NOTICE OF REMOVAL OF ACTION UNDER 28 USC 1441 (c) (FEDERAL QUESTION) - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

3. **Jurisdiction.** This proceeding is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331 and supplemental jurisdiction under 28 U.S.C. § 1367(a). Plaintiff's claims necessarily raise a federal question that must be decided as part of plaintiff's affirmative case and federal question jurisdiction exists as part of plaintiff's well-plead complaint.

4. **Intradistrict Assignment.** Pursuant to LCR 101(e) and LCR 3(d), this case is properly assigned to the Seattle Division because the incidents that form the basis for plaintiff's cause of action occurred in King County.

5. **Jury Demand**. Jury demand has been filed by Plaintiff.

6. **Consent.** There are no other defendants in this action.

7. **Notice and Filing.** Notice of the filing of this Notice of Removal has been given to plaintiff and a true and correct copy of this Notice has been filed with the Clerk of the Superior Court of Washington for King County.

8. **Reservation.** Defendants reserve the right to amend or supplement this Notice of Removal.

9. **Rule 11.** This Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

10. **Certificate of Service.** A certificate of service for this removal notice, which includes all counsel and pro se parties who have appeared in this action with their contact information (including emails), is attached.

/ /

/ /

NOTICE OF REMOVAL OF ACTION UNDER 28
USC 1441 (c) (FEDERAL QUESTION) - 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

Dated this 24th day of August, 2016.

        DANIEL T. SATTERBERG
        King County Prosecuting Attorney

        *s/ ERIN OVERBEY*
        ERIN OVERBEY, WSBA #21907
        Senior Deputy Prosecuting Attorney
        Attorneys for King County
        King County Prosecuting Attorney
        500 Fourth Avenue, Suite 900
        Seattle, WA 98104
        (206) 296-8820   Fax (206) 296-8819
        Erin.Overbey@kingcounty.gov

## **DECLARATION OF FILING AND SERVICE**

I hereby certify that on August 24, 2016, I electronically filed the foregoing Notice of Removal with the Clerk of the Court using the CM/ECF system and mailed a copy of the same by first class United States mail to the following:

**Darryl Parker**
**Civil Rights Justice Center, PLLC**
**2150 N 107th Street, Suite 520**
**Seattle, WA 98133**
dparker@civilrightsjusticecenter.com

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 24th day of August, 2016 at Seattle, Washington.

        *s/ Heidi Lau*
        HEIDI LAU
        Legal Secretary
        King County Prosecuting Attorney's Office

NOTICE OF REMOVAL OF ACTION UNDER 28
USC 1441 (c) (FEDERAL QUESTION) - 3

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819