UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CLAUDE BROWN,

        Plaintiff,

v.

KING COUNTY,

        Defendant.

C16-1340 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the parties' stipulation, docket no. 23, the following dates and deadlines are CONTINUED as indicated:

| **JURY TRIAL DATE** | **March 12, 2018** |
| --- | --- |
| Discovery motions filing deadline | August 24, 2017 |
| Discovery completion deadline | October 3, 2017 |
| Dispositive motions filing deadline | November 30, 2017 |
| Motions in limine filing deadline | February 8, 2018 |
| Agreed pretrial order due | February 23, 2018 |
| Trial briefs, proposed voir dire questions, and jury instructions due | February 23, 2018 |

MINUTE ORDER - 1

| Pretrial conference | March 2, 2018 at 2:00 p.m. |
|---|---|

All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 17, including the deadlines for joining additional parties and amending pleadings, shall remain in full force and effect.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of July, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2