UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CLAUDE BROWN,

        Plaintiff,

  v.

KING COUNTY,

        Defendant.

C16-1340-TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    Defendant's Motion to Compel More Time for Deposition with Plaintiff, docket no. 26, is GRANTED.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 14th day of September, 2017.

                                        William M. McCool
                                        Clerk

                                        s/Karen Dews
                                        Deputy Clerk

MINUTE ORDER - 1