UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CLAUDE BROWN,

               Plaintiff,

    v.

KING COUNTY,

               Defendant.

C16-1340 TSZ

MINUTE ORDER

     The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

     (1)    Plaintiff's Motion for Leave to File Exhibits Under Seal, docket no. 46 (the "Motion"), is DENIED. Plaintiff submits the subject exhibits, designated as Exhibits M and N, in connection with the Declaration of Darryl Parker, docket no. 44, in opposition to the Motion for Summary Judgment filed by Defendant King County, docket no. 32. Plaintiff apparently intended to file Exhibits M and N under seal, but failed to do so. *See* docket no. 46–2 (Exhibit M); docket no. 46–3 (Exhibit N). Plaintiff asserts that it sought to file these documents under seal because Defendant objected to them being publically available. Defendant has since clarified that it has no objection to Exhibits M and N retaining their now-public status. *See* Defendant King County's Response to Plaintiff's Motion to Seal, docket no. 53, at 2. The Court therefore finds that there is no good cause to grant the Motion.

     (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

     Dated this 15th day of December, 2017.

                                       William M. McCool
                                     Clerk

                                     s/Karen Dews
                                   Deputy Clerk

MINUTE ORDER - 1