UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CLAUDE BROWN,

               Plaintiff,

  v.

KING COUNTY,

               Defendant.

C16-1340 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the parties' stipulation, docket no. 55, the current trial date and pretrial deadlines, including those set forth in the Court's July 18, 2017, Minute Order, docket no. 24, are hereby STRICKEN. The Court will promptly reset the trial date, if appropriate, after it rules on Defendant's pending motion for summary judgment, docket no. 32.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 23rd day of January, 2018.

                                                 William M. McCool
                                                 Clerk

                                                 s/Karen Dews
                                                 Deputy Clerk

MINUTE ORDER - 1