# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

CLAUDE BROWN,

                Plaintiff,

      v.

KING COUNTY,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NO. C16-1340 TSZ

___ **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came on for consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendant King County's Motion for Summary Judgment, docket no. 32, is GRANTED and this case is DISMISSED with prejudice.

Dated this 15th day of February, 2018.


William M. McCool_____
Clerk

s/Karen Dews_____
Deputy Clerk