UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CLAUDE BROWN,

            Plaintiff,

   v.

KING COUNTY,

            Defendant.

C16-1340 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The United States Court of Appeals for the Ninth Circuit having issued its Mandate on September 2, 2020, the parties are DIRECTED to file a Joint Status Report by October 2, 2020 indicating the following:

    a. The status of the case;

    b. The proposed trial date and time necessary to try the case;

    c. Whether the parties would agree to a bench trial; and

    d. Whether the parties would agree to a remote jury trial using Zoom.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 4th day of September, 2020.

                William M. McCool
                Clerk

                s/Karen Dews
                Deputy Clerk

MINUTE ORDER - 1