UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CLAUDE BROWN,

          Plaintiff,

  v.

KING COUNTY,

          Defendant.

C16-1340 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    The Court has reviewed the Joint Status Report, docket no. 78, and concludes that any renewed motion for summary judgment would be futile. *See Reynaga v. Roseburg Forest Prods.*, 847 F.3d 678, 691 (9th Cir. 2017) (requiring "very little evidence to survive summary judgment in a discrimination case, because the ultimate question is one that can only be resolved through searching inquiry—one that is most appropriately conducted by the factfinder, upon a full record"); *Mikkelsen v. Pub. Util. Dist. No. 1*, 189 Wn.2d 516, 534, 404 P.3d 464 (2017) (requiring only evidence that "discrimination was *a* substantial factor in an adverse employment action, not the only motivating factor"). The Court DENIES Defendant's request to file another motion for summary judgment on the last two steps of the burden-shifting framework articulated in *McDonnell Douglas Corp. v. Green*, 411 U.S. 792, 93 S. Ct. 1817, 36 L. Ed. 2d 668 (1973), which Defendant addressed in its earlier motion for summary judgment, *see* docket nos. 32 & 48.

(2)    The Court will issue a scheduling order setting the case for trial.

(3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 5th day of October, 2020.

          William M. McCool
          Clerk

          s/Karen Dews
          Deputy Clerk

MINUTE ORDER - 1