The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

CLAUDE BROWN,

                 Plaintiff,

      vs.

KING COUNTY,

                 Defendant.

No. 2:16-cv-01340-TSZ

**DECLARATION OF SERVICE**

I, MALLORY R. TRIPLETT, hereby declare under penalty of perjury under the laws of the State of Washington that I served a copy of the **Defendant King County's Rule 68 Offer of Judgment** by email on February 17, 2021, and by mail on February 18, 2021 via the U.S. Postal Service, with sufficient first-class mail postage, to the following:

**Darryl Parker**
**Civil Rights Justice Center, PLLC**
**2150 N 107th Street, Suite 520**
**Seattle, WA 98133**
dparker@civilrightsjusticecenter.com

DATED this 18th day of February, 2021, at Mukilteo, Washington.

Mallory R. Triplett

DECLARATION OF MAILING
(2:16-cv-01340-TSZ) - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

1

## DECLARATION OF FILING AND SERVICE

2

    I hereby certify that, on February 18, 2021,  I electronically filed the foregoing document

3
with the Clerk of the Court using the CM/ECF system which will send notification to the
following:

                                   **Darryl Parker**
4
              **Civil Rights Justice Center, PLLC**
              **2150 N 107th Street, Suite 520**
5
              **Seattle, WA 98133**
              dparker@civilrightsjusticecenter.com
6

7
    I declare under penalty of perjury under the laws of the United States and the State of
Washington that the foregoing is true and correct.

8
    DATED this 18th day of February, 2021 at Mukilteo, Washington.

9

10

                           Mallory R. Triplett
11
                           Legal Secretary - Litigation Section
                           King County Prosecuting Attorney's Office
12

13

14

15

16

17

18

19

20

21

22

23

DECLARATION OF MAILING
(2:16-cv-01340-TSZ) - 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819