UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLAUDE BROWN,<br><br>                    Plaintiff,<br><br>     v.<br><br>KING COUNTY,<br><br>                    Defendant. | C16-1340 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) On March 19, 2021, the Court entered General Order 04-21, continuing nearly all civil and criminal in-person trials scheduled to occur before June 30, 2021. The parties are therefore ORDERED to show cause why this Court should not require that this six-day jury trial, which is scheduled to begin on June 14, 2021, be conducted virtually over any party's objection. *See* Joint Status Report at ¶ 4 (docket no. 78); *see also Le v. King County*, No. C18-55-TSZ, 2021 WL 859493, at *6 (W.D. Wash. Mar. 8, 2021) (holding that "'good cause in compelling circumstances' justify conducting [that] trial via a videoconferencing platform, that 'appropriate safeguards' for doing so are in place, and that a continuance of the trial date is unnecessary and would be prejudicial to [the opposing party]"). The parties shall file their show-cause response, not to exceed four (4) pages in length, on or before Friday, April 16, 2021.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 6th day of April, 2021.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1