UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLAUDE BROWN, | |
| Plaintiff, | C16-1340 TSZ |
| v. | MINUTE ORDER |
| KING COUNTY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' responses, docket nos. 86 & 87, to the Court's order to show cause, docket no. 85, the Court hereby ORDERS that the trial in this matter shall be conducted virtually via ZoomGov.com, commencing on **June 14, 2021**. *See* General Order No. 04-21 (continuing nearly all civil and criminal in-person trials that are scheduled to occur before June 30, 2021); *see also Le v. King County*, No. C18-55-TSZ, 2021 WL 859493, at *5 (W.D. Wash. Mar. 8, 2021) (holding that "'good cause in compelling circumstances' justify conducting [that] trial via a videoconferencing platform, that 'appropriate safeguards' for doing so are in place, and that a continuance of the trial date is unnecessary and would be prejudicial to plaintiffs"). The applicable procedures and protocols for the virtual trial will be set forth in a separate order.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 21st day of April, 2021.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1