UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLAUDE BROWN,<br><br>                Plaintiff,<br><br>  v.<br><br>KING COUNTY,<br><br>                Defendant. | C16-1340 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court AMENDS the case schedule, *see* Minute Order (docket no. 80), to the extent that the Court will propose a draft set of voir dire and jury instructions on or before May 14, 2021, and any objections to the Court's draft set of voir dire and jury instructions shall be due by May 28, 2021.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 4th day of May, 2021.

                                              William M. McCool
                                              Clerk

                                              s/Gail Glass
                                              Deputy Clerk

MINUTE ORDER - 1