UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CLAUDE BROWN,

        Plaintiff,

  v.

KING COUNTY,

        Defendant.

C16-1340 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The first day of trial, Monday, June 14, 2021, is hereby RESCHEDULED to begin at **9:00 a.m.**, rather than 1:00 p.m., and will end at 4:00 p.m. On the first day of trial, after jury selection, the parties should be prepared to proceed with opening statements and Plaintiff should be prepared to have witnesses available to testify. The trial schedule will otherwise proceed as indicated at the pretrial conference. *See* Minutes (docket no. 112).

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 8th day of June, 2021.

                William M. McCool
                Clerk

                s/Gail Glass
                Deputy Clerk

MINUTE ORDER - 1