UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLAUDE BROWN,<br><br>    Plaintiff,<br><br> v.<br><br>KING COUNTY,<br><br>    Defendant. | C16-1340 TSZ<br><br>VERDICT |

We, the jury, answer the questions submitted by the Court as follows:

**Question No. 1**

Do you find for Plaintiff on his first claim for discrimination under state law (the Washington Law Against Discrimination)?

**Answer**:

as to Plaintiff's removal from, or the splitting of, the Acting Technical Trainer position in July 2013:  _____ Yes  __X__ No

as to Plaintiff's application for the Rail Supervisor in Training position in the May 2014 recruitment:  _____ Yes  __X__ No

VERDICT - 1

**Question No. 2**

Do you find for Plaintiff on his second claim for discrimination under federal law (42 U.S.C. § 1981)?

**Answer**:

as to Plaintiff's application for the Rail Supervisor in Training position in the October 2012 recruitment:   _____ Yes   __X__ No

as to Plaintiff's removal from, or the splitting of, the Acting Technical Trainer position in July 2013:   _____ Yes   __X__ No

as to Plaintiff's application for the Rail Supervisor in Training position in the May 2014 recruitment:   _____ Yes   __X__ No

**Question No. 3**

Do you find for Plaintiff on his third claim for retaliation under state law (the Washington Law Against Discrimination)?

**Answer**:

as to Plaintiff's removal from, or the splitting of, the Acting Technical Trainer position in July 2013:   __X__ Yes   _____ No

as to Plaintiff's application for the Rail Supervisor in Training position in the May 2014 recruitment:   __X__ Yes   _____ No

VERDICT - 2

**Question No. 4**

Do you find for Plaintiff on his fourth claim for retaliation under federal law (42 U.S.C. § 1981)?

**Answer**:

as to Plaintiff's application for the Rail Supervisor in Training position in the October 2012 recruitment: _____ Yes __X__ No

as to Plaintiff's removal from, or the splitting of, the Acting Technical Trainer position in July 2013: __X__ Yes _____ No

as to Plaintiff's application for the Rail Supervisor in Training position in the May 2014 recruitment: _____ Yes __X__ No

**If you answered "Yes" to Question Nos. 1, 2, 3, or 4, then proceed to Question No. 5.  If you answered "No" to Question Nos. 1, 2, 3, and 4, then sign and date the Verdict form.**

**Question No. 5**

What damages, if any, do you award to Plaintiff?

**Answer**:

Economic Damages   $ 228,952

Emotional Harm     $ 671,300

VERDICT - 3

**If you answered "0" to Question No. 5, then proceed to Question No. 6. Otherwise, sign and date the Verdict form.**

**Question No. 6**

What nominal damages, if any, do you award to Plaintiff?

**Answer**:

$ NA_____

DATED this 23rd day of June, 2021.

_____ (redacted)
Presiding Juror

Signed on behalf of the jury,

/s/ Thomas S. Zilly
Thomas S. Zilly
United States District Judge

VERDICT - 4