# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| CLAUDE BROWN,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>KING COUNTY,<br><br>　　　　　　　Defendant. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C16-1340 TSZ |

　X　**Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　　　**Decision by Court**. This action came on for consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Judgment is ENTERED in favor of Plaintiff Claude Brown and against Defendant King County in the amount of $900,252.00, together with costs to be taxed in accordance with Local Civil Rule 54(d) and interest pursuant to 28 U.S.C. § 1961 at the rate of nine hundredths of one percent (0.09%) per annum from the date of this Judgment until paid in full.

Dated this 24th day of June, 2021.

　　　　　　　　　　　　　　　　　　　　　　William M. McCool　　
　　　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　　　s/Gail Glass　　　　　　
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk